IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CRAIG PARTRIDGE, #844679, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:11-CV-247-ID |
| v. | ) |
| | ) (WO) |
| RANDOLPH COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Before the court are the recommendation of the magistrate judge, (Doc. #6), and plaintiff's objection, (Doc. #10).  Having conducted a *de novo* determination of those portions of the recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's objection (Doc. #10) be and the same is hereby OVERRULED;

2. The recommendation of the magistrate judge (Doc. #6) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The plaintiff's claims against Judge W. P. Whaley be and the same are hereby DISMISSED with prejudice prior to service of process in accordance with the with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii); and

4. The plaintiff's claims against the remaining defendants be and the same are

1

hereby REFERRED back to the magistrate judge for appropriate proceedings.

DONE this the 25th day of April, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE