IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CRAIG PARTRIDGE, GDC #844679,  )  <br>  )  <br>   Plaintiff,   )  <br>  )  <br>   v.   )  <br>  )  <br>  )  <br>RANDOLPH COUNTY, et al.,   )  <br>  )  <br>   Defendants.   ) | CIVIL ACTION NO. 3:11-cv-247-MEF <br> [WO] |

## ORDER

On June 9, 2011, the Magistrate Judge issued a Recommendation (Doc. 26) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 26) is ADOPTED.

2. This case is dismissed without prejudice for failure of the plaintiff to prosecute this action.

DONE this 14th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE